**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-10324

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

JOSHUA LEON TYREE,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:24-cr-00035-SPC-NPM-1

_____

Before JILL PRYOR, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Joshua Tyree in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 386

2                          Opinion of the Court                     25-10324

U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Tyree's convictions and sentence are **AFFIRMED**.